# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re:* <br><br> CAESARS ENTERTAINMENT OPERATING COMPANY, INC., *et. al.* <br><br> Debtors. | Chapter 11 <br><br> Case No. 15-01145 (ABG) <br><br> Jointly Administered |
| WHITEBOX ADVISORS, LLC, <br><br> Appellant, <br><br> -against- <br><br> EARL OF SANDWICH (ATLANTIC CITY), LLC <br><br> Appellee. | |

## NOTICE OF APPEAL

Under Fed. R. Bankr. P. 8003, Whitebox Advisors, LLC ("Whitebox") appeals under 28 U.S.C. § 158(a) the *Order denying the motion of Whitebox Advisors, LLC for a protective order* (Dkt. 7791) (the "Order") entered by the bankruptcy court on February 12, 2018. A copy of the order is attached here as **Exhibit A**. Whitebox requests leave to appeal the Order under 28 U.S.C. § 158(a)(3), and attaches a motion for leave to appeal as called for under Fed. R. Bankr. P. 8004, a copy of which is attached here as **Exhibit B**.

**Part 1: Identify the appellant**

1. Name of appellant:   Whitebox Advisors, LLC
2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an Adversary Proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☐ Plaintiff | ☐ Debtor |
| ☐ Defendant | ☒ Creditor |

SFGH:4849-0247-3310v2

☐ Other (describe) _____  ☐ Trustee

☐ Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:  Order denying the motion of Whitebox Advisors, LLC for a protective order (Dkt. 7791)

2. State the date on which the judgment, order, or decree was entered:  February 12, 2018

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Whitebox Advisors, LLC    Attorney: Douglas S. Mintz
   Orrick, Herrington & Sutcliffe LLP
   Columbia Center
   1152 15th Street, N.W.
   Washington, D.C. 20005-1706
   Phone: (202) 339-8518
   Email: dmintz@orrick.com

   Ayanna Lewis-Gruss
   Orrick, Herrington & Sutcliffe, LLP
   51 West 52nd Street
   New York, NY 10019
   Phone: (212) 506-5000

   Elizabeth B. Vandesteeg
   Jack O'Connor
   Sugar Felsenthal Grais & Helsinger LLP
   30 N. LaSalle Street, Suite 3000
   Chicago, IL 60602
   Telephone: 312.704.9400
   Email: evandesteeg@SFGH.com
   Email: joconnor@SFGH.com

2. Party: Earl of Sandwich (Atlantic City), LLC    Attorney: Jeffrey Chubak
   Storch Amini PC
   140 East 45th Street, 25th Floor
   New York, New York 10017
   Phone: (212) 497-8247
   Email: jchubak@storchamini.com

   Joseph D. Frank
   FrankGecker LLP
   325 N. LaSalle St., Suite 625
   Chicago, IL 60654
   Phone: 312.276.1402
   Email: jfrank@fgllp.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

  If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

            **Whitebox Advisors, LLC**

Date: February 26, 2018      By: /s/ Elizabeth Vandesteeg
                One of its attorneys

               Elizabeth B. Vandesteeg (IL No. 6291426)
               Jack O'Connor (IL No. 6302674)
               **SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
               30 N. LaSalle Street, Suite 3000
               Chicago, IL 60602
               Telephone: 312.704.9400
               Facsimile: 312. 372.7951
               evandesteeg@SFGH.com
               joconnor@SFGH.com

               -and-

               Douglas Mintz, Esq. (admitted *pro hac vice*)
               **ORRICK, HERRINGTON & SUTCLIFFE, LLP**
               Columbia Center
               1152 15th Street, N.W.
               Washington, D.C., 20005-1706
               Telephone: (202) 339-8400
               Facsimile: (202) 339-8500

               Ayanna Lewis-Gruss (admitted *pro hac vice*)
               **ORRICK, HERRINGTON & SUTCLIFFE, LLP**
               51 West 52nd Street
               New York, NY 10019

Telephone: (212) 506-5000
Facsimile: (212) 506-5151

*Co-Counsel for Whitebox Advisors LLC*