IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Whitebox Advisors, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Earl of Sandwich (Atlantic City), LLC, <br><br> Defendant. | Case No. 18 cv 1468 <br> Judge Robert W. Gettleman |

### ORDER

    Appellee Earl of Sandwich (Atlantic City), LLC, is directed to respond to appellant Whitebox Advisors, LLC's Motion for Leave to File Interlocutory Appeal [2] on or before March 22, 2018. Appellant may file a reply on or before April 5, 2018. This matter is set for a hearing on April 17, 2018, at 9:30 a.m.

Date: 3/7/2018

                                            United States District Judge
                                            Robert W. Gettleman