## **CERTIFICATE OF SERVICE**

 Pursuant to Rule 8011(d)(1)(B) and Local Rule 5.5(a)-(b), I hereby certify that on March 16, 2018, I filed the foregoing Response in Opposition to Motion for Leave to Appeal with the U.S. District Court for the Northern District of Illinois, using the Court's CM/ECF system, causing notice of the filing to be transmitted by e-mail to counsel of record for Whitebox Advisors LLC, and that I separately e-mailed Whitebox's counsel a service copy of the foregoing at the following addresses:

    Douglas S. Mintz
    dmintz@orrick.com

    Robert M. Loeb
    rloeb@orrick.com

    Ayanna Lewis-Gruss
    alewisgruss@orrick.com

    Peter Amend
    pamend@orrick.com

    Elizabeth Buckey Vandesteeg
    evandesteeg@sfgh.com

    Jack O'Connor
    joconnor@sfgh.com

      /s/ Jeffrey Chubak