# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>CAESARS ENTERTAINMENT OPERATING COMPANY, INC., *et al.*,<br><br>Debtors. | No. 1:15-bk-01145 (ABG) |
| WHITEBOX ADVISORS, LLC,<br>  Appellant,<br><br>- against -<br><br>EARL OF SANDWICH (ATLANTIC CITY), LLC,<br>  Appellee. | No. 1:18-cv-01468 (RWG) |

## **NOTIFICATION AS TO AFFILIATES**

Pursuant to Rule 8012(a) and Local Rule 3.2, counsel for Earl of Sandwich (Atlantic City), LLC states that it is wholly-owned by Earl of Sandwich (USA), LLC, which in turn is wholly-owned by Rawhide Holdings Inc., which in turn is wholly-owned by Rawhide Trust under Trust Agreement dated March 7, 1996.

Dated: March 16, 2018

Respectfully submitted,

/s/ Jeffrey Chubak
Jeffrey Chubak (admitted *pro hac vice*)
STORCH AMINI PC
140 East 45th Street, 25th Floor
New York, New York 10017
Tel: (212) 490-4100
Fax: (212) 490-4208
jchubak@storchamini.com

- and -

Joseph D. Frank (IL No. 6216085)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel: (312) 276-1400
Fax: (312) 276-0035
jfrank@fgllp.com

*Counsel to Earl of Sandwich (Atlantic City), LLC*